THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR04-5460FDB |
| Plaintiff, ) | |
| ) | ORDER GRANTING UNITED STATES' FIFTH APPLICATION FOR A PROTECTIVE ORDER TO MAINTAIN CUSTODY OF PROPERTY AND TO RESTRAIN DISPOSITION OF CERTAIN PROPERTY |
| v. ) | |
| TOBIAS GRACE, and ) SCOTT LANEY, ) | |
| Defendants. ) | |
| _____ ) | |

This matter comes before the Court upon motion of the United States for a protective order, pursuant to 18 U.S.C. § 983(a)(3)(B)(ii) and 21 U.S.C. § 853(e)(1)(A), to maintain custody of certain property and to restrain disposition of certain property named for forfeiture in the Third Bill of Particulars filed in this matter. Having reviewed the United States' motion, the Court finds:

The property to which this order refers ("the property") is as follows:

A.   $30,000.00 in United States Currency turned over to the Federal Bureau of Investigation (FBI) by Tobias Grace on February 14, 2005.

B.   $90,000 in funds currently held in the Trust Account of Barry L. Flegenheimer, Attorney for Tobias Grace, comprised of the following:

1.   $20,000 in funds, withdrawn by Monica Grace from the First Independent Bank in August, 2004, and subsequently turned over to

FIFTH PROTECTIVE ORDER/GRACE & LANEY - 1
CR04-5460FDB

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

Attorney Flegenheimer.

2. $20,000 in funds received by Monica Grace from Tim Foss in approximately September, 2004 and subsequently turned over to Attorney Flegenheimer.

3. $50,000 in funds received by Tobias Grace from Tim Foss in approximately, September and December, 2004 and subsequently turned over to Attorney Flegenheimer

The property has been named in a Third Bill of Particulars to the Indictment in this case as subject to forfeiture. The $30,000 listed in paragraph A above is currently in the custody of the United States Marshals Service, and is subject to administrative forfeiture notice and claim proceedings under 18 U.S.C. § 983. The $90,000 listed in paragraph B above, is currently in the custody of Attorney Barry L. Flegenheimer. The United States has alleged that the property is subject to forfeiture under Counts I and II of the Indictment herein.

The United States is entitled to a protective order pursuant to 21 U.S.C. § 853(e)(1)(A) based on the fact that the property is named for forfeiture in a Bill of Particulars to the Indictment herein which contains the allegation that, upon conviction, the property is subject to forfeiture. It is therefore

**ORDERED AND ADJUDGED**:

1. The United States, motion for a protective order is GRANTED.

2. The $30,000 identified in paragraph A above, shall remain in the custody of the United States Marshal's Service, pending further order of this Court.

3. The $90,000 identified in paragraph B above, shall remain in the trust account of Mr. Flegenheimer, and shall not be withdrawn, debited against, or otherwise disposed of, pending further order of this Court.

//
//
//

FIFTH PROTECTIVE ORDER/GRACE & LANEY - 2
CR04-5460FDB

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1     4. The Clerk is Ordered to send copies of this Order to counsel for all parties of
2 record.
3     Dated this 13th day of May 2005

5                        /s/ Franklin D Burgess
                          FRANKLIN D BURGESS
6                           UNITED STATES DISTRICT JUDGE

8 Presented by:

10    /s/ Peter O. Mueller
   Peter O. Mueller
11 Assistant United States Attorney

FIFTH PROTECTIVE ORDER/GRACE & LANEY - 3
CR04-5460FDB

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970