1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | CR04-5460FDB |
| Plaintiff, | |
| vs | MINUTE ORDER |
| TOBIAS GRACE,<br>SCOTT LANEY, | |
| Defendants. | |

NOW, on this 15th day of July 2005, the Court directs the Clerk to enter the following Minute Order:

The stipulated motion to continue trial has been granted. The Jury Trial in this matter has been continued to November 28, 2005 at 9:00 a.m. Therefore, the Pretrial Conference is rescheduled for November 18, 2005 at 2:30 p.m. The due date for filing the Trial Briefs, Witness List, Exhibit List, any written Stipulations, Motions in Limine, proposed form of Verdict, and proposed Jury Instructions shall be November 10, 2005.

The foregoing Minute Order entered at the direction of the Honorable **FRANKLIN D. BURGESS**, United States District Judge.

    **/s/ Rhonda Miller**
Rhonda Miller
Courtroom Deputy