1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

8

9

10

11

UNITED STATES OF AMERICA,

Plaintiff,

v.

SCOTT LANEY,

Defendant.

Case No. CR04-5460FDB

ORDER GRANTING IN PART
MOTION TO CONTINUE
SENTENCING HEARING

12

13

14

15

16

17

        Defendant Scott Laney moves to continue his sentencing hearing from May 19, 2006 to

January 19, 2007, or later, in order that he be sentenced on the same date as his co-defendant Tobias

Grace so as to avoid unwarranted sentencing disparity.  The circumstances of these defendants are

different and sentencing these co-defendants at different times does not mean that an unwarranted

disparity between the sentences imposed will result.  Defendant Laney's sentence will be continued

from the May date, but not to the full extent requested.  ACCORDINGLY,

18

19

20

        IT IS ORDERED: Defendant Laney's Motion To Continue Sentencing Hearing [Dkt. # 125

*Sealed*] is GRANTED in part and DENIED in part and the sentencing hearing is continued to

**Friday, September 8, 2006 at 9:00 a.m.**

21

22

23

24

25

        DATED this 22nd day of May, 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

26

ORDER - 1