**JUDGE FRANKLIN D. BURGESS**

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. CR04-5460FDB |
| *Plaintiff,* | ) | |
| | ) | **ORDER GRANTING AGREED** |
| v. | ) | **MOTION TO CONTINUE** |
| | ) | **DEFENDANT SCOTT LANEY'S** |
| SCOTT LANEY, | ) | **SENTENCING HEARING** |
| | ) | |
| *Defendant.* | ) | |
| _____ | ) | |

THIS MATTER having came before the Court on the agreed motion of the parties for an Order Continuing Defendant Scott Laney's Sentencing Hearing, and the Court having reviewed the pleadings, records and files herein, and having heard the argument of counsel, and being fully advised in the premises, and good cause appearing therefore,

IT IS HEREBY ORDERED that defendant's motion is GRANTED; and it is

//

//

ORDER GRANTING DEFENDANT SCOTT
LANEY'S MOTION TO CONTINUE SENTENCING
HEARING; No. CR04-5460FDB - 1

//

FURTHER ORDERED that the sentencing hearing for Defendant Scott Laney is continued from September 8, 2006, to November 17, 2006, at 9:30 a.m.

DONE this 16th day of August, 2006.


_____

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE


CERTIFICATE OF SERVICE


I hereby certify that on August 10, 2006, I electronically filed the foregoing "Order [Proposed] Granting Agreed Motion to Continue Defendant Scott Laney's Sentencing Hearing" with the Clerk of Court, using the CM/ECF system which will send notification of such filing to the attorneys of record in this case.


_____
RICHARD J. TROBERMAN


ORDER GRANTING DEFENDANT SCOTT
LANEY'S MOTION TO CONTINUE SENTENCING
HEARING; No. CR04-5460FDB - 2